**BALLARD SPAHR LLP**
Scott S. Humphreys (SBN 298021)
 *humphreyss@ballardspahr.com*
2029 Century Park East, Suite 800
Los Angeles, CA  90067
Telephone:  424.204.4400
Facsimile:   424.204.4350

Attorneys for Defendant
SUBARU OF AMERICA, INC.

**MOON LAW APC**
Christopher D. Moon (SBN 246622)
 *chris@moonlawapc.com*
Kevin O. Moon (SBN 246792)
kevin@moonlawapc.com
600 West Broadway, Suite 700
San Diego, California 92101
Telephone:  (619) 915-9432
Facsimile:   (650) 618-0478

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO LEON and LOUIE NEVAREZ, individually, and on behalf of a class of other similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUBARU OF AMERICA, INC.,<br><br>　　　　　Defendant. | Case No. 3:19-cv-02375-JLS-BGS<br><br>**JOINT MOTION TO TRANSFER ACTION TO THE DISTRICT OF NEW JERSEY PURSUANT TO THE FIRST-TO-FILE RULE**<br><br>[Proposed Order filed herewith]<br><br>**[CLASS ACTION]**<br><br>Action Filed:　　December 11, 2019<br>Trial Date:　　　None Set |

Plaintiffs Leonardo Leon and Louie Nevarez ("Plaintiffs") and Defendant Subaru of America, Inc. ("Subaru") (collectively, the "Parties") by and through their undersigned counsel, hereby jointly stipulate and respectfully move the Court for entry of an Order as follows:

WHEREAS, on December 11, 2019, Plaintiffs filed this putative class action alleging that certain Subaru vehicles are equipped with defective windshields and pleading claims for breach of warranty and violation of consumer protection statutes. *See* Compl. ¶ 1, ECF No. 1;

WHEREAS, this action is substantially similar to *Powell v. Subaru of America, Inc.*, No. 1:19-cv-19114-NLH-JS (D.N.J.), which was filed before the instant action on October 18, 2019, in the United States District Court for the District of New Jersey;

WHEREAS, another substantially similar action, *Armstrong v. Subaru of America, Inc.*, No. 1:20-cv-00243-NLH-JS (D.N.J.), originally filed on December 5, 2019, in the Central District of California as Case No. 2:19-cv-10340-FMO-RAO, has already been transferred to the District of New Jersey pursuant to joint stipulation and Court Order;

WHEREAS, counsel for the Parties have met and conferred regarding Subaru's anticipated motion to transfer this action to the District of New Jersey pursuant to the first-to-file rule, which provides that the court of subsequent filings may "transfer the action where '[t]ransfer may facilitate consolidation' because 'by permitting two related cases which are filed initially in different districts to be consolidated, transfer plainly helps needless duplication of effort.'" *Riffel v. Regents of the Univ. of Cal.*, No. 19-08286, 2019 U.S. Dist. LEXIS 197040, at *16–17 (C.D. Cal. Nov. 12, 2019). In deciding whether to transfer under the first-to-file rule, a court considers the: (1) chronology of the lawsuits; (2) similarity of the parties; and (3) similarity of the issues. *Kohn Law Group, Inc. v. Auto Parts Mfg. Miss., Inc.*, 787 F.3d 1237, 1240 (9th Cir. 2015). Specifically, the first-to-file

rule justifies transfer of this action given that, *inter alia*: (1) Plaintiffs are members of the proposed putative class in *Powell*; (2) Subaru is a defendant in both actions; (3) the issues overlap significantly, including the nature of the alleged defect and theories of liability alleged; and (4) resolution of the issues would be more efficient and consistent if resolved by a single court in the first-filed jurisdiction;

WHEREAS, the Parties have agreed that this action should be transferred to the District of New Jersey based on the first-to-file rule, and then consolidated with the *Powell* and *Armstrong* actions.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and the Parties respectfully move the Court for entry of an Order that:

1. This action shall be removed from the docket of this Court and transferred to the United States District Court for the District of New Jersey for any and all further proceedings.

2. All current deadlines shall be vacated, including any deadline to file any responsive pleadings, with any new deadlines to be set by the United States District Court for the District of New Jersey.

A proposed Order is filed contemporaneously with this Joint Motion.

IT IS SO STIPULATED.

Dated:  January 16, 2020         **BALLARD SPAHR LLP**

                                 By   */s/ Scott Humphreys*
                                      Scott S. Humphreys

                                 Attorneys for Defendant
                                 SUBARU OF AMERICA, INC.

Dated:  January 16, 2020         **MOON LAW APC**

                                 By   */s/ Christopher D. Moon*
                                      Christopher D. Moon
                                      Kevin O. Moon