UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO LEON and LOUIE NEVAREZ, individually, and on behalf of a class of other similarly situated individuals,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SUBARU OF AMERICA, INC.,<br>　　　　　　　　　　　Defendant. | Case No.: 19-CV-2375 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO TRANSFER ACTION TO THE DISTRICT OF NEW JERSEY PURSUANT TO THE FIRST-TO-FILE RULE**<br><br>(ECF No. 3) |

Presently before the Court is Plaintiffs Leonardo Leon and Louie Nevarez and Defendant Subaru of America, Inc.'s Joint Motion to Transfer Action to the District of New Jersey Pursuant to the First-to-File Rule ("Joint Mot.," ECF No. 3). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated, the Court **ORDERS** the Clerk of the Court to **TRANSFER** this action to the United States District Court for the for the District of New Jersey and, therefore, **VACATES** all pending deadlines.

　　　**IT IS SO ORDERED.**

Dated: January 17, 2020

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge